UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Gilbert Goode, et al., v. Bayer Corp.* | Case No. 02-0170 |

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendant that the above-captioned case may be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 3/7/06

Shawn M. Raiter
LARSON KING LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

*Counsel for Plaintiffs*

SCANNED
MAR 17 2006
U.S. DISTRICT COURT MPLS

Dated: 3/10/06

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

DATED: MAR 17 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Goode*, No. 02-0170